UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
 :
DIANE JULIA WYLIE, :
                 Plaintiff, :
 : 07 Civ. 6045
       -v- : (DLC)(DFE)
 :
BEDFORD HILLS CORRECTIONAL FACILITY OF THE : ORDER OF
STATE OF NEW YORK, DR. KRAMER, NURSE ROBERT'S : REFERENCE TO A
OFFICE OF MENTAL HEALTH, OFFICER GENTILE, and : MAGISTRATE JUDGE
CENTRAL NEW YORK PSYCHIATRIC CENTER, :
                 Defendants. :
 :
------------------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

    SO ORDERED:

Dated:    New York, New York
             September 14, 2007

                                                   _____
                                                        DENISE COTE
                                       United States District Judge

COPIES SENT TO:

Diane Julia Wylie
00-G-0602
Bedford Hills Correctional Facility
P.O. Box 1000
247 Harris Rd.
Bedford Hills, NY 10507-2499

Daniel Schulze
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, NY 10007