```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
DIANE JULIA WYLIE,                       :
                         Plaintiff,      :
                                         :    07 Civ. 6045 (DLC)
           -v-                           :
                                         :         ORDER
BEDFORD HILLS CORRECTIONAL FACILITY OF   :
THE STATE OF NEW YORK, DR. KRAMER,       :
NURSE ROBERT'S OFFICE OF MENTAL HEALTH,  :
OFFICER GENTILE, and CENTRAL NEW YORK    :
PSYCHIATRIC CENTER,                      :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

　　Plaintiff Diane Wylie is an inmate in the Psychiatric Center at the Bedford Hills Correctional Facility. She reports that she is serving a sentence of 25 years to life imprisonment. She has filed a complaint pursuant to 42 U.S.C. § 1983 against officers and medical professionals alleging principally that she was not given adequate preventive dental care, was given unnecessary medication which caused brain damage and other injuries to her, was sexually assaulted, and had her personal property stolen.

　　In letters of August 24 and 25, Wylie presents issues she would like to have discussed at an initial case management conference and requests to attend the conference to show how damaged her teeth are. She also asks that breast implants be removed, that she be compensated for participating in a

volunteer study, and that she be housed in the general population at her facility.  In a letter of September 11, counsel for defendants Central New York Psychiatric Center and Doctor Kramer asks that the time to respond to the complaint be extended to December 6 so that one response on behalf of all defendants who the plaintiff timely serves may be presented.  It is hereby

ORDERED that the defendants' time to answer or otherwise respond to the complaint is extended to December 6, 2007.  There will be no extension of that date for those defendants who are served as of November 1, 2007.  No defendant need respond to the complaint in advance of that date.

IT IS FURTHER ORDERED that the plaintiff's request to attend the initial conference in person is denied.

IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Eaton for general pretrial proceedings.

IT IS FURTHER ORDERED that the plaintiff's other requests in her letters of August 24 and 25 will be addressed in the initial conference, which will be held before Magistrate Judge Eaton.

IT IS FURTHER ORDERED that the parties shall direct all correspondence relating to this case to Pro Se Clerk's Office, 500 Pearl Street, Room 230, New York, NY 10007.

IT IS FURTHER ORDERED that all future correspondence from plaintiff must include an affidavit indicating when and in what manner the document was provided to counsel for the defendants.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to the Magistrate Judge's Chambers by sending them to this Court's Pro Se Office at the address stated above.

IT IS FURTHER ORDERED that the plaintiff shall send written notice of any future changes of her address to the defendants and to the Pro Se Clerk's Office at the address above.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         September 14, 2007

_____
DENISE COTE
United States District Judge

COPIES SENT TO:

Diane Julia Wylie
00-G-0602
Bedford Hills Correctional Facility
P.O. Box 1000
247 Harris Rd.
Bedford Hills, NY 10507-2499

Daniel Schulze
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, NY 10007