```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
DIANE JULIA WYLIE,                       :
                      Plaintiff,         :
                                         :     07 Civ. 6045
           -v-                           :     (DLC)(DFE)
                                         :
BEDFORD HILLS CORRECTIONAL FACILITY OF THE :   ORDER OF
STATE OF NEW YORK, DR. KRAMER, NURSE ROBERT'S : REFERENCE TO A
OFFICE OF MENTAL HEALTH, OFFICER GENTILE, and : MAGISTRATE JUDGE
CENTRAL NEW YORK PSYCHIATRIC CENTER,     :
                      Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED:

Dated:   New York, New York
         September 14, 2007

                                      /s/ Denise Cote
                                   _____
                                         DENISE COTE
                                   United States District Judge

**COPIES SENT TO:**

Diane Julia Wylie
00-G-0602
Bedford Hills Correctional Facility
P.O. Box 1000
247 Harris Rd.
Bedford Hills, NY 10507-2499

Daniel Schulze
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, NY 10007