

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

DEC 19 2007

December 19, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

**BY FACSIMILE**

Hon. Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Wylie v. Bedford Hills Correctional Facility, 07 CV 6045 (DLC)(DFE)*

Dear Judge Eaton:

    This office has recently received a request for representation from defendant Roberts, and your clerk alerted me that there is some ambiguity in the docket regarding her response date.[1] This letter is written to request that the time for defendant Roberts to respond to the complaint be extended to January 18, 2008.

    There have been no prior requests for extensions of time on behalf of defendant Roberts. We thank the Court for its consideration.

12/19/07 - I grant this request.
Douglas F. Eaton

Respectfully,

Daniel Schulze
Assistant Attorney General
(212) 416-6557

cc:   Diane Julie Wylie (by mail)

---

[1] I am informed that Ms. Roberts returned a waiver of service, and would thus be required to respond on January 7, 2008, 60 days after the date of mailing. FRCP 4(d)(3). The docket in this case states that her response is due today, however it is my experience that the dockets generally do not reflect the longer time periods set in FRCP 4(d)(3). This request is intended, in part, to avoid any ambiguity in the matter.

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US