# MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

February 6, 2008

**BY FACSIMILE**

Hon. Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 2/8/08

Re: _Wylie v. Bedford Hills Correctional Facility, 07 CV 6045 (DLC)(DFE)_

Dear Judge Eaton:

This office has just received requests for representation from the New York State Department of Correctional Services (on behalf of named defendant Bedford Hills Correctional Facility, which is not a legal entity), and defendant Gentile, and now represents all five named defendants in this action. This letter is written to request that the time for defendants Bedford Hills Correctional Facility and Gentile to respond to the complaint be extended, nunc pro tunc as necessary,[1] to February 11, 2008. The grounds for this request are that this office has just been requested to represent these defendants, and needs time to prepare a motion to dismiss on their behalf.

There have been no prior requests for extensions of time on behalf of defendants Bedford Hills or Gentile. We thank the Court for its consideration.

2/6/08 - I grant this request.
_Douglas F. Eaton_

Respectfully,

Daniel Schulze
Assistant Attorney General
(212) 416-6557

cc.     Diane Julie Wylie (by mail)

---

[1] The docket appears to indicate that service was completed on January 10, 2008 and responses were due on January 30, 2008. I do not yet have copies of the papers referred to, so I cannot confirm the accuracy of this information.

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US