USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/1/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

APR 01 2008

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

March 31, 2008

**MEMO ENDORSED**

**BY FACSIMILE**

Hon. Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

4/1/08 - I grant this request.
Douglas F. Eaton

Re: *Wylie v. Bedford Hills Correctional Facility, 07 CV 6045 (DLC)(DFE)*

Dear Judge Eaton:

This letter is written to request that the "preferred" deadline for taking plaintiff's deposition set in the Court's Order of February 14, 2008 be extended by 60 days. Specifically, defendants propose that the date be extended from March 31, 2008 to May 31, 2008. The grounds for this request are that this office has not yet received the plaintiff's medical and dental records, and will need time to review them in advance of the deposition. There is also a possibility that the case will settle in advance of the latter date if plaintiff sees and agrees with the recommendations of an outside oral surgery specialist. There have been no prior requests for extensions of time in regard to discovery.

Defendants also take this opportunity to note that plaintiff's March 16, 2008 letter to the Court appears to request that the Court intervene in connection with discovery relating to a "gynecological type procedure" allegedly performed at Mt. Vernon hospital. Although defendants do not see the relevance of such records and had received no discovery request, to the extent such records are the possession of DOCS they would be found in plaintiff's medical files, and we have already agreed to provide plaintiff with a copy of her DOCS medical files promptly after they are received by this office.

**MEMO ENDORSED**

Respectfully,

Daniel Schulze
Assistant Attorney General
(212) 416-6557

cc:   Diane Julie Wylie (by mail)

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

TOTAL P.02