USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|8|08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
DIANE JULIA WYLIE,                        :
                          Plaintiff,      :
                                          :       07 Civ. 6045 (DLC)
          -v-                             :
                                          :           ORDER
BEDFORD HILLS CORRECTIONAL FACILITY OF    :
THE STATE OF NEW YORK, DR. KRAMER,        :
NURSE ROBERT'S OFFICE OF MENTAL HEALTH,   :
OFFICER GENTILE, and CENTRAL NEW YORK     :
PSYCHIATRIC CENTER,                       :
                          Defendants.     :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   For the reasons stated in the Memorandum Opinion and Order issued on May 8, 2008, it is hereby

   ORDERED that plaintiff Diane Wylie shall inform this Court in writing, no later than June 6, 2008, whether she intends to continue with her action against defendant Nurse Roberts. A copy of this writing must be served on counsel for the defendants. Failure to make such a submission to the Court will result in dismissal of the claim against Roberts.

   IT IS FURTHER ORDERED that the parties shall direct all correspondence relating to this case to Pro Se Clerk's Office, 500 Pearl Street, Room 230, New York, NY 10007.

   IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment

2

by default, or such other action as may be just in the circumstances.

    SO ORDERED:

Dated:    New York, New York
          May 8, 2008

                                      DENISE COTE
                            United States District Judge

**COPIES SENT TO:**

Diane Julia Wylie
00-G-0602
Bedford Hills Correctional Facility
P.O. Box 1000
247 Harris Rd.
Bedford Hills, NY 10507-2499

Daniel Schulze
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, NY 10007